UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------- x

JOHN EDD BROWN,

                        Plaintiff,              ORDER

        - against -
                                        Civil Action No.
ASTRAZENECA PHARMACEUTICALS,            CV-03-6166 (DGT)
L.P. and DEIRDRE GRAYSON,

                        Defendants.

--------------------------------------------------- x

TRAGER, J.


        On May 13, 2005, United States Magistrate Judge Robert M.

Levy issued a Report and Recommendation in the above-captioned

matter, recommending that defendants' motion to dismiss be

denied.  No objection to this Report and Recommendation has been

filed with the Court.  Accordingly, the Court adopts the Report

and Recommendation.  It is hereby

        ORDERED that defendants' motion to dismiss is denied.


Dated:    Brooklyn, New York
          August 5, 2005

                                SO ORDERED:


                        _____/s/_____
                        David G. Trager
                        United States District Judge