UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

JOHN EDD BROWN,

<div style="float:right">

JUDGMENT
03-CV- 6166 (DGT)

</div>

                                Plaintiff,

# FILED

IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ AUG 21 2006 ★

## BROOKLYN OFFICE

   -against-

ASTRAZENECA PHARMACEUTICALS, L.P.
and DEIDRE GRAYSON,

                                Defendants.
-------------------------------------------------------------------X

A Memorandum and Order of Honorable David G. Trager, United States District

Judge, having been filed on August 16, 2006, granting defendants' motion for summary

judgment on all claims; it is

ORDERED and ADJUDGED that plaintiff take nothing of the defendants; and

that defendants' motion for summary judgment is granted on all claims.

Dated: Brooklyn, New York
        August 17, 2006

                                s/Robert C. Heinemann
                                ROBERT C. HEINEMANN
                                Clerk of Court